## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-00249 |
| TITTO MATHEW | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | Chapter 13 |

**TO:**   SEE ATTACHED CREDITOR MATRIX

### NOTICE OF MOTION

**Please take notice** that on February 3, 2023 at 9:30 a.m., I shall appear before the Honorable Judge Janet S. Baer or any other judge sitting in her stead, **either** in room 615 of the Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and present the attached MOTION FOR EXTENSION OF TIME TO FILE BALANCE OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN, a copy of which is hereby served upon you, at which time and place you may appear as you see fit.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and Passcode**. The meeting ID for this hearing is **160 731 2971** and the passcode is **587656**. The meeting ID and passcode can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date: January 23, 2023

**Respectfully Submitted,**
By: */s/ Adil S. Mohammed*
Attorney for the Debtor

ASM Law, P.C.
1814 Grandstand Pl. Unit 2
 Elgin, IL 60120
847-231-3999
847-600-4990 fax
adil@asmlawpc.com

## Registrants served VIA Electronic Case Filing System

*U.S. Trustee*
Patrick S. Layng
Office of the Unites States Trustee, Region 11
219 S. Dearborn St. Room 873
Chicago, IL 60604

*Trustee*
Glenn B. Stearns
801 Warrenville Rd. Suite 650
Lisle, IL 60532

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby Certifies that on January 23, 2023 I caused to be electronically filed the foregoing NOTICE and MOTION FOR EXTENSION OF TIME TO FILE BALANCE OF SCHEDULES AND CHAPTER 13 PLAN by using the CM/ECF system, which sent notice of filing to all registrants listed above and by regular mail by placing a true and correct copy of said NOTICE and MOTION in an envelope, addressed as shown above, and by placing sufficient postage and depositing said document and envelope in the United States mail at Elgin, Illinois, at or about 5:00 p.m. on January 23, 2023 to remaining registrants.

*/s/ Adil S. Mohammed*

ASM Law, P.C.
1814 Grandstand Pl. Unit 2
 Elgin, IL 60120
847-231-3999
847-600-4990 fax
adil@asmlawpc.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-00249 |
| TITTO MATHEW ) | |
| ) | Hon. Janet S. Baer |
| Debtor. ) | Chapter 13 |

## MOTION FOR EXTENSION OF TIME TO FILE BALANCE OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

1. Debtor commenced this case on January 9, 2023 by filing an emergency voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. The Schedules, Statement of Financial Affairs and Chapter 13 Plan were due on January 23, 2023.

3. The First Meeting of Creditors is scheduled for February 8, 2023.

4. The Debtor hereby requests until January 31, 2023 to file the balance of the Schedules, Statement of Financial Affairs and Chapter 13 Plan.

5. This extension is needed because Debtor's counsel had a family medical emergency and will not be able to complete the petition by January 23, 2023.

6. Additionally, Debtor needs to provide income documents needed by counsel to complete the petition.

7. Thereafter, Debtor and Counsel need to meet and review the completed petition prior to filing.

8. That the 341 Meeting will not be delayed if Debtor is given until January 31, 2023 to complete his petition as there will be sufficient time for the Trustee to review the completed petition and plan prior to the February 8, 2023 341 Meeting.

9. Considering the foregoing, an extension is necessary, and no party will be prejudiced by this extension.

WHEREFORE, Debtor, Titto Mathew, respectfully requests this Court extend time for him to file the balance of his Schedules, Statement of Financial Affairs and Chapter 13 Plan to January 31, 2023; and for such other relief this Court deems just and equitable.

                                                **Respectfully Submitted,**

                                                **Titto Mathew**

Date: January 23, 2023　　　　　　　　　　　By: */s/ Adil S. Mohammed*
                                                          Attorney for the Debtor